27BC, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:99-cr-00140-ID-CSC-ALL
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Bryant | Date Filed: 08/18/1999 |

Assigned to: Judge Ira De Ment
Referred to: Honorable Charles S. Coody

**Defendant**

**Kenneth Bryant** (1)
*TERMINATED: 03/14/2000*

represented by **John L. McClung**
Lindsey & McClung
503 Putnam Street
Elba, AL 36323
(334) 897-6129
Fax: 897-2592
Email: lindseylaw@alaweb.com
*TERMINATED: 12/17/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Mickey J. G. McDermott**
McDermott Smith & Associates, LLC
100 Commerce Street
Suite 900
Montgomery, AL 36104
(334) 264-6466
Fax: 263-7782
Email: mkmcderm@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

21:841(a)1) POSS TO DISTB:NARCS
-- NMT $4,000,000;[*]; NLT 10Y,
NMT LIFE; B; NLT 5Y SUP REL;
VWPA; G-LNS; $100 SA
(1)

**Disposition**

121 months imprisonment committed
3/14/00; 5 years supervised release;
$100 Assessment fee and a $3,000.00
fine both due immediately through the
U.S. District Court Clerk's office; the

Court waived the interest requirement as to the fi ne.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
None

---

**Plaintiff**

**United States of America**             represented by   Louis V. Franklin, Sr.
                                                          U.S. Attorney's Office
                                                          PO Box 197
                                                          Montgomery, AL 36101-0197
                                                          334-223-7280
                                                          Fax: 223-7560
                                                          Email: louis.franklin@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/1999 |   | Copy of Motion by SA as to Sealed Dft #1 to seal indictment (snc) (Entered: 08/20/1999) |
| 08/18/1999 |   | Copy of ORDER entered in Cr Misc No. 571 SEALING INDICTMENT (snc) (Entered: 08/20/1999) |
| 08/18/1999 | 1 | SEALED INDICTMENT as to Sealed Dft #1 (1) count(s) 1 (snc) Modified on 08/30/1999 (Entered: 08/20/1999) |
| 08/18/1999 |   | **Added Government Attorney Louis V. Franklin Sr. as to Sealed Dft #1 (snc) (Entered: 08/30/1999) |
| 08/18/1999 |   | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge . (snc) (Entered: 08/30/1999) |
| 08/20/1999 | 2 | Arrest WARRANT issued as to Sealed Dft #1 (snc) (Entered: 08/20/1999) |

| | | |
|---|---|---|
| 09/29/1999 | | Indictment unsealed as to Kenneth Bryant (per Order entered in Cr Misc No. 571) (snc) (Entered: 09/29/1999) |
| 09/29/1999 | | **Added ("ip") party Kenneth Bryant, Post Office Box 110, Luverne, AL 36049. New address as of 9/30/99: P.O. Box 271, Rutledge, AL 36071 (snc) Modified on 09/30/1999 (Entered: 09/29/1999) |
| 09/30/1999 | | ARREST of Kenneth Bryant (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | | Initial appearance as to Kenneth Bryant held before Mag. Judge Charles S. Coody on 9/30/99 (Defendant informed of rights.) (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | 3 | ORDER Setting Conditions of Release as to Kenneth Bryant ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: deft, counsel, Copies furnished to: USA, USM, USPO, USPTS (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | 4 | BOND entered by Kenneth Bryant Bond set to $10,000.00 non-surety for Kenneth Bryant. (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | | CASE assigned to Judge Ira De Ment (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | | ARRAIGNMENT as to Kenneth Bryant set for 10:00 10/20/99 for Kenneth Bryant at U.S. Courthouse before Mag. Judge John L. Carroll (dkt clerk) (Entered: 09/30/1999) |
| 09/30/1999 | 5 | Arrest WARRANT Returned Executed as to Kenneth Bryant on 9/30/99 (dkt clerk) (Entered: 10/01/1999) |
| 09/30/1999 | 6 | Courtroom Deputy's Minutes of initial appearance before Mag. Judge Coody as to Kenneth Bryant : (dkt clerk) (Entered: 10/01/1999) |
| 10/13/1999 | | **Added for Kenneth Bryant Attorney John L. McClung, per his secretary's instructions. (Notice of appearance has been mailed.) (dkt clerk) (Entered: 10/13/1999) |
| 10/13/1999 | 7 | ARRAIGNMENT NOTICE as to Kenneth Bryant ; Arraignment at 10:00 10/20/99 for Kenneth Bryant at Third Floor Courtroom before Mag. Judge John L. Carroll ; ARRAIGNMENT Notice sent to ATTORNEYS John L. McClung for defendant Kenneth Bryant, Louis V. Franklin Sr. for plaintiff USA; furn. to USM, PO, PTSO, (dkt clerk) (Entered: 10/13/1999) |
| 10/13/1999 | 8 | Notice to Retained Counsel as to defendant Kenneth Bryant sent to John L. McClung for defendant Kenneth Bryant (dkt clerk) (Entered: 10/13/1999) |
| 10/13/1999 | 9 | NOTICE of Appearance for Kenneth Bryant by Attorney John McClung (dkt clerk) (Entered: 10/13/1999) |
| 10/20/1999 | | ARRAIGNMENT as to Kenneth Bryant held before Mag. Judge John L. Carroll on 10/20/99 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of not guilty. (sql) (Entered: 10/20/1999) |

| Date | No. | Description |
|---|---|---|
| 10/20/1999 | 10 | Courtroom Deputy's Minutes as to Kenneth Bryant of arraignment.: (sql) (Entered: 10/20/1999) |
| 10/20/1999 | | PLEA of Not Guilty: Kenneth Bryant (1) count(s) 1 ; Court accepts plea. (sql) (Entered: 10/20/1999) |
| 10/22/1999 | 11 | ORDER on Arraignment as to Kenneth Bryant directing that Discovery is due on or before 10/29/99 for Kenneth Bryant Pretrial Motions due by 11/5/99 for Kenneth Bryant ; Pretrial set 9:00 11/9/99 for Kenneth Bryant in In Chambers before Mag. Judge Charles S. Coody Jury Trial set 10:00 12/6/99 for Kenneth Bryant in U.S. Courthouse before a District Judge which will be assigned later and government response to pretrial motions due 10 days from motion filing date; setting a probation officer confernece for 11/4/99 at 9:00 a.m.; that any requested voir dire questions and any proposed jury instructions are to be filred no later than one week before jury selection. ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG (dkt clerk) (Entered: 10/22/1999) |
| 11/05/1999 | 12 | TRIAL NOTICE as to Kenneth Bryant ; Trial set for 10:00 12/6/99 for Kenneth Bryant at First Floor Courtroom ; TRIAL Notice to ATTORNEYS John L. McClung for defendant Kenneth Bryant, Louis V. Franklin Sr. for plaintiff USA ; Clothing Notice mailed. (dkt clerk) (Entered: 11/05/1999) |
| 11/09/1999 | | Pre-trial conference as to Kenneth Bryant held before Mag. Judge Charles S. Coody on 11/9/99 (dkt clerk) (Entered: 11/09/1999) |
| 11/09/1999 | 13 | ORDER as to Kenneth Bryant, set Jury Selection for for 10:00 12/6/99 for Kenneth Bryant at First Floor Courtroom before Judge Ira De Ment in First Floor Courtroom , set Jury Trial on 10:00 12/6/99 for Kenneth Bryant before Judge Ira De Ment in First Floor Courtroom ,; that there are no motions currently pending; set voir dire questions due on 11/29/99 for Kenneth Bryant , set Motion Filing deadline for motions in limine to for 11/29/99 for Kenneth Bryant , set proposed jury instructions due on 11/29/99 for Kenneth Bryant , set Plea Agreement deadline to for 12/1/99 for Kenneth Bryant as the last day on which the court will entertain a plea pursuant to Rule 11(e)(A) or (C) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG (dkt clerk) (Entered: 11/09/1999) |
| 11/09/1999 | 14 | Return Receipt as to Kenneth Bryant Re: receipt of trial notice by Tonya Jones on 11/8/99 for Kenneth Bryant (dkt clerk) (Entered: 11/09/1999) |
| 11/30/1999 | 15 | Requested Voir Dire Questions by Kenneth Bryant. Referred to Judge DeMent (dkt clerk) (Entered: 12/01/1999) |
| 11/30/1999 | 16 | Proposed Jury Instruction by Kenneth Bryant. Referred to Judge DeMent. (dkt clerk) (Entered: 12/01/1999) |

| | | |
|---|---|---|
| 11/30/1999 | 17 | Requested Voir Dire Questions by USA. Referred to Judge DeMent (dkt clerk) (Entered: 12/01/1999) |
| 11/30/1999 | 18 | Proposed Jury Instructions by USA. Referred to Judge DeMent. (dkt clerk) (Entered: 12/01/1999) |
| 12/06/1999 | | Voir dire begun as to Kenneth Bryant (1) count(s) 1 before Judge DeMent. (James R. Dickens - Court Reporter.) (dkt clerk) (Entered: 12/06/1999) |
| 12/06/1999 | | Jury selection as to Kenneth Bryant held before Judge Ira De Ment on 12/6/99 (dkt clerk) (Entered: 12/06/1999) |
| 12/06/1999 | | Jury trial as to Kenneth Bryant commenced before Judge Ira De Ment on 12/6/99 (dkt clerk) (Entered: 12/06/1999) |
| 12/07/1999 | | Jury trial as to Kenneth Bryant resumes before Judge Ira De Ment on 12/7/99. (James R. Dickens - Court Reporter.) (dkt clerk) (Entered: 12/07/1999) |
| 12/07/1999 | | MOTION in open court by Kenneth Bryant for Judgment of Acquittal at the conclusion of the governments case and all the evidence (dkt clerk) (Entered: 12/07/1999) |
| 12/07/1999 | | ORAL ORDER as to Kenneth Bryant denying [0-0] oral motion for Judgment of Acquittal at the conclusion of the government's case and all the evidence as to Kenneth Bryant (1) ( Entered by Judge Ira De Ment ) (dkt clerk) (Entered: 12/07/1999) |
| 12/07/1999 | 19 | Jury note (Question)filed as to Kenneth Bryant (dkt clerk) (Entered: 12/08/1999) |
| 12/07/1999 | 20 | JURY VERDICT of Guilty: Kenneth Bryant (1) count(s) 1 (dkt clerk) (Entered: 12/08/1999) |
| 12/07/1999 | 21 | DETENTION ORDER pending sentence as to Kenneth Bryant ( Signed by Judge Ira De Ment ) Copies mailed to: cousnel, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 12/08/1999) |
| 12/07/1999 | 22 | ORDER as to Kenneth Bryant, set Sentencing for for 9:00 3/14/00 for Kenneth Bryant at U.S. Courthouse before Judge Ira De Ment in U.S. Courthouse; that objections to the PSi Report shall be made in writing to the probation officer on or before 2/22/2000; scheduling a meeting for the parties with the probation officer for 2/24/2000 ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC, YG (dkt clerk) (Entered: 12/08/1999) |
| 12/07/1999 | 23 | Courtroom Deputy's Minutes of 12/6-7/99 jury trial with attached witness and exhibit lists (exhibits in 2nd floor exhibit room) as to Kenneth Bryant : (dkt clerk) (Entered: 12/08/1999) |
| 12/09/1999 | 24 | MOTION by Kenneth Bryant to Extend Time to file motion for new trial [24-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/10/1999) |

| | | |
|---|---|---|
| 12/09/1999 | 25 | NOTICE of Appearance for Kenneth Bryant by Attorney Mickey J. G. McDermott (dkt clerk) (Entered: 12/10/1999) |
| 12/13/1999 | | STAMPED ORDER as to Kenneth Bryant granting [24-1] motion to Extend Time to file motion for new trial as to Kenneth Bryant (1), set Motion Filing deadline to 1/10/00 for Kenneth Bryant ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO (dkt clerk) (Entered: 12/14/1999) |
| 12/13/1999 | 26 | MOTION by Kenneth Bryant to set Bond pending sentencing [26-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/14/1999) |
| 12/14/1999 | | STAMPED ORDER as to Kenneth Bryant denying [26-1] motion to set Bond pending sentencing as to Kenneth Bryant (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO (dkt clerk) (Entered: 12/14/1999) |
| 12/16/1999 | 27 | MOTION by Kenneth Bryant for John McClung to Withdraw as Attorney [27-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/16/1999) |
| 12/16/1999 | | Notice to retained criminal defense attorneys mailed to Mickey McDermott. (dkt clerk) (Entered: 12/16/1999) |
| 12/16/1999 | 28 | MOTION by Kenneth Bryant to set Bond for temporary compassionate release from 12/22/99 to 1/5/2000 [28-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 12/16/1999) |
| 12/17/1999 | | STAMPED ORDER as to Kenneth Bryant granting [27-1] motion for John McClung to Withdraw as Attorney (Terminated attorney John L. McClung for Kenneth Bryant as to Kenneth Bryant (1) ( Entered by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,McDermott (dkt clerk) (Entered: 12/17/1999) |
| 12/17/1999 | 29 | ORDER as to Kenneth Bryant denying [28-1] motion to set Bond for temporary compassionate release from 12/22/99 to 1/5/2000 as to Kenneth Bryant (1); directing that pretrial services contact attonrey concerning defendant's father's illenss and maek such arrangements for visitation, if any, as are deemed by the Pretrial Services Officer to be appropriate. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, defndant, Copies furnished to: USA,PO,PTSO,USM (dkt clerk) (Entered: 12/17/1999) |
| 01/10/2000 | 30 | MOTION by Kenneth Bryant for New Trial [30-1] referred to Judge Ira De Ment (sql) (Entered: 01/12/2000) |
| 01/13/2000 | | STAMPED ORDER as to Kenneth Bryant denying [30-1] motion for New Trial ( Entered by Judge Ira De Ment ) Copies mailed to: counsel and dft, Copies furnished to: USA, USM, USPO, USPTSO, RL (snc) (Entered: 01/13/2000) |
| 01/28/2000 | 31 | SENTENCING NOTICE as to Kenneth Bryant ; Sentencing set for 9:00 3/14/00 for Kenneth Bryant at First Floor Courtroom ; SENTENCING |

| | | |
|---|---|---|
| | | Notice sent to ATTORNEYS Mickey J. G. McDermott for defendant Kenneth Bryant, Louis V. Franklin Sr. for plaintiff USA ; Copies furnished to: USA,PO,PTSO; mailed to deft. (dkt clerk) (Entered: 01/28/2000) |
| 02/23/2000 | 32 | SENTENCING NOTICE as to Kenneth Bryant ; Sentencing set for 9:00 3/14/00 for Kenneth Bryant at First Floor Courtroom ; SENTENCING Notice sent to ATTORNEYS Mickey J. G. McDermott for defendant Kenneth Bryant, Louis V. Franklin Sr. for plaintiff USA ; Copies furnished to: USM,PO,PTSO; mailed to deft. (dkt clerk) (Entered: 02/23/2000) |
| 03/14/2000 | | Sentencing held before Judge Ira De Ment on 3/14/00 Kenneth Bryant (1) count(s) 1. COURT REPORTER: JAMES R. DICKENS (dkt clerk) (Entered: 03/16/2000) |
| 03/14/2000 | 33 | ORDER as to Kenneth Bryant, Sealing the PSI Report ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, Copies furnished to: USA,PO (dkt clerk) (Entered: 03/16/2000) |
| 03/14/2000 | 34 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Kenneth Bryant (dkt clerk) (Entered: 03/16/2000) |
| 03/14/2000 | 35 | Courtroom Deputy's Minutes of 3/14/00 sentencing by Judge DeMent as to Kenneth Bryant . COURT REPORTER: JAMES R. DICKENS: (dkt clerk) (Entered: 03/16/2000) |
| 03/14/2000 | | Received $100.00 payment for special assessment by Kenneth Bryant. Receipt No. 81089 (dkt clerk) (Entered: 04/11/2000) |
| 03/16/2000 | 36 | JUDGMENT Kenneth Bryant (1) count(s) 1. 121 months imprisonment committed 3/14/00; 5 years supervised release; $100 Assessment fee and a $3,000.00 fine both due immediately through the U.S. District Court Clerk's office; the Court waived the interest requirement as to the fine. ( Signed by Judge Ira De Ment ) Copies mailed to: counsel, defendant, Copies furnished to: USA,PO,PTSO,USM, FINANCIAL (dkt clerk) (Entered: 03/16/2000) |
| 03/16/2000 | | **Case closed as to Kenneth Bryant (all defendants). (dkt clerk) (Entered: 03/16/2000) |
| 03/21/2000 | 37 | NOTICE OF APPEAL by Kenneth Bryant (1) count(s) 1 to U.S. Circuit Court of Appeals, 11th Circuit, Copies mailed to: USCA, Kathleen B. Morris, Mickey J.G. McDermott Copies furnished to: USA (kcg) Modified on 03/22/2000 (Entered: 03/22/2000) |
| 03/22/2000 | | Notice of Appeal and certified copy of docket to USCA: [37-1] appeal by Kenneth Bryant (kcg) (Entered: 03/22/2000) |
| 03/24/2000 | | Received transcript order information sheet from Attorney Kathleen B. Morris with the notation "I am ordering a transcript of the following proceedings: Trial of 12/6-7/99 and Sentencing of 3/14/00". (kcg) |

| Date | Doc # | Entry |
|---|---|---|
| | | (Entered: 03/27/2000) |
| 03/28/2000 | | Transcript of Trial and Sentencing requested in appeal as to Kenneth Bryant Transcript due 4/28/00 for Kenneth Bryant [37-1] appeal James R. Dickens Court Reporter. (kcg) (Entered: 03/29/2000) |
| 03/29/2000 | | USCA Case Number as to Kenneth Bryant Re: [37-1] appeal USCA Number: 00-11480-I (dkt clerk) (Entered: 03/30/2000) |
| 04/28/2000 | | TRANSCRIPT filed [James Dickens] as to Kenneth Bryant for dates of 12/6/99 Jury Trial (Vol. I) Certificate of Readiness due on 5/12/00 for Kenneth Bryant [37-1] appeal (dkt clerk) (Entered: 05/01/2000) |
| 04/28/2000 | | TRANSCRIPT filed [James Dickens] as to Kenneth Bryant for dates of 12/7/99 Jury Trial ( vol. II) Certificate of Readiness due on 5/12/00 for Kenneth Bryant [37-1] appeal (dkt clerk) (Entered: 05/01/2000) |
| 04/28/2000 | | TRANSCRIPT filed [James Dickens] as to Kenneth Bryant for dates of 3/14/00 Sentence Hearing Certificate of Readiness due on 5/12/00 for Kenneth Bryant [37-1] appeal (dkt clerk) (Entered: 05/01/2000) |
| 05/03/2000 | | CERTIFICATE OF READINESS of record on appeal mailed to USCA, 11th Circuit and counsel: as to Kenneth Bryant [37-1] appeal by Kenneth Bryant (dkt clerk) (Entered: 05/03/2000) |
| 05/16/2000 | 38 | Judgment Returned Executed as to Kenneth Bryant ; on 5/8/00 by delivering defendant to the FCI TDG, Talladega, AL. (dkt clerk) (Entered: 05/16/2000) |
| 05/23/2000 | 39 | MOTION by Kenneth Bryant to Stay Enforcement of Fine Pending Appeal [39-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 05/24/2000) |
| 06/07/2000 | 40 | ORDER as to Kenneth Bryant denying [39-1] motion to Stay Enforcement of Fine Pending Appeal as to Kenneth Bryant (1) ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, Defendant, USCA, Copies furnished to: USA, USPO (dkt clerk) (Entered: 06/07/2000) |
| 09/29/2000 | | REQUEST for Record on Appeal from USCA re: [37-1] appeal by Kenneth Bryant [00-11480-II] (dkt clerk) (Entered: 10/02/2000) |
| 10/02/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals (11th Circuit) as to Kenneth Bryant : [37-1] appeal [00-11480-II] (dkt clerk) (Entered: 10/02/2000) |
| 10/10/2000 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [37-1] appeal by Kenneth Bryant USCA Number: 00-11480-II (dkt clerk) (Entered: 10/11/2000) |
| 10/17/2000 | | Received $25.00 through the BOP Inmate Offset Program for Kenneth Bryant; receipt no. 84107 (dkt clerk) (Entered: 10/19/2000) |
| 10/17/2000 | | Received $25.00 toward restitution through the BOP Inmate Offset Program for Kenneth Bryant; receipt no. 84107 (CORRECTS PREVIOUS |

|  |  |  |
|---|---|---|
|  |  | ENTRY MADE 10/17/2000) (dkt clerk) (Entered: 10/19/2000) |
| 01/12/2001 |  | Received $25.00 payment towards fine through the BOP Inmate Offset Program for Kenneth Bryant, receipt no. 85470. (dkt clerk) (Entered: 01/23/2001) |
| 04/16/2001 |  | Received copy of PER CURIAM OPINION entered March 12, 2001 of the USCA, 11th Circuit. [00-11480-II] (dkt clerk) (Entered: 04/17/2001) |
| 04/16/2001 | 41 | JUDGMENT OF USCA issued as MANDATE on April 12, 2001 (certified copy) as to Kenneth Bryant Re: [37-1] appeal affirming judgment/order Kenneth Bryant (1) count(s) 1 Copies mailed to: Counsel, Defendant, USDC, Copies furnished to: USA, USPO, USM [00-11480-II] (dkt clerk) (Entered: 04/17/2001) |
| 04/16/2001 |  | Record on Appeal as to Kenneth Bryant returned from U.S. Court of Appeals: [37-1] appeal SEALED PSI RETURNED TO USPO [00-11480-II] (dkt clerk) (Entered: 04/17/2001) |
| 04/17/2001 |  | **Remove appeal flag - no further appeals pending (dkt clerk) (Entered: 04/17/2001) |
| 04/19/2001 |  | Record on Appeal as to Kenneth Bryant returned from U.S. Court of Appeals: [37-1] appeal ( Original Exhibits, consisting of: one box) [00-11480-II] (dkt clerk) (Entered: 04/23/2001) |
| 09/21/2001 |  | MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY filed by Kenneth Bryant. Civil Action No.: CV-01-D-1124-N (ws) (Entered: 09/25/2001) |
| 11/01/2002 | 42 | Pro se MOTION by Kenneth Bryant for Return of Property - Post Trial (Exhibit 1 attached) [42-1] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/01/2002) |
| 11/07/2002 | 43 | ORDER as to Kenneth Bryant Response to Motion by the government to show cause due by 11/18/02 as to Kenneth Bryant re: [42-1] motion for Return of Property - Post Trial (Exhibit 1 attached) ( Signed by Judge Ira De Ment ) Copies mailed to: Defendant, Copies furnished to: USA, RL (ws) (Entered: 11/07/2002) |
| 11/18/2002 | 44 | RESPONSE by USA as to Kenneth Bryant re [42-1] motion for Return of Property - Post Trial (Exhibit 1 attached) referred to Judge Ira De Ment (dkt clerk) (Entered: 11/22/2002) |
| 11/25/2002 | 45 | STAMPED ORDER as to Kenneth Bryant granting [42-1] motion for Return of Property - Post Trial (Exhibit 1 attached) as to Kenneth Bryant (1) ( Entered by Judge Ira De Ment ) Copies mailed to: Defendant, Copies furnished to: USA, RL (ws) (Entered: 11/25/2002) |
| 11/27/2002 | 46 | MOTION by USA as to Kenneth Bryant to Clarify 46-1] , or Alternatively to Reconsideration of [45-1] order , [46-2] referred to Judge Ira De Ment (ws) (Entered: 12/02/2002) |

| | | |
|---|---|---|
| 12/03/2002 | 47 | MEMORANDUM by Kenneth Bryant in opposition to [46-1] motion to Clarify 46-1], [46-2] motion Alternatively to Reconsideration of [45-1] order. Referred to Judge DeMent (dkt clerk) (Entered: 12/03/2002) |
| 12/05/2002 | 48 | ORDER as to Kenneth Bryant denying as moot[46-1] motion to Clarify 46-1] as to Kenneth Bryant (1), granting [46-2] motion Alternatively to Reconsider [45-1] order as to Kenneth Bryant (1) that in granting the motion to reconsider the motion for Return of Property as to the $1,900 in cash is DENIED as it was administratively forfeited to the United Staates on 2/29/2000 ( Signed by Judge Ira De Ment ) Copies mailed to: defendant, Copies furnished to: USA (dkt clerk) (Entered: 12/05/2002) |
| 12/06/2002 | 49 | Receipt by USA (Louis V. Franklin) for the payroll checks addressed in the 12/5/02 order which are to be returned to the defendant. (dkt clerk) (Entered: 12/06/2002) |
| 11/21/2003 | 50 | MOTION by Kenneth Bryant to Clarify ,or in the alternative for Reconsideration of [48-1] order [50-1] referred to Judge Ira De Ment, [50-2] referred to Judge Ira De Ment (dkt clerk) (Entered: 11/24/2003) |
| 12/03/2003 | 51 | ORDER as to Kenneth Bryant that in CONSIDERATION of Dft Bryant's Motion to Clarify or Alternatively, to Reconsider, filed Nov. 21, 2003 (Doc. #50), it is ORDERED that the United States of America show cause, if any there be, no later than Dec. 12, 2003, why said motion should not be granted. ( Signed by Judge Ira De Ment ) Copies mailed to: Counsel, Copies furnished to: USA,USMS,USPO,USPS (kcg) (Entered: 12/03/2003) |
| 12/12/2003 | 52 | RESPONSE by USA to show cause order as to Kenneth Bryant re [50-1] motion to Clarify, [50-2] motion for Reconsideration of [48-1] order referred to Judge Ira De Ment (ekl) (Entered: 12/16/2003) |
| 12/16/2003 | | **Added party U.S. Pretrial, Montgomery U.S. Probation, US Marshals Service, USA Financial Unit (ekl) (Entered: 12/16/2003) |
| 01/07/2004 | 53 | STAMPED ORDER as to Kenneth Bryant denying [50-1] motion to Clarify as to Kenneth Bryant (1), denying [50-2] motion for Reconsideration of [48-1] order as to Kenneth Bryant (1) ( Entered by Judge Ira De Ment ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 01/07/2004) |
| 12/28/2004 | 54 | MOTION Pursuant to 3582(c) or in the Alternative MOTION Pursuant to Rule 60(B) by Kenneth Bryant. (ekl, ) (Entered: 12/28/2004) |
| 12/30/2004 | 55 | ORDER as to Kenneth Bryant re 54 MOTION Pursuant to 3582(c) or in the Alternative MOTION pursuant to Rule 60(B) filed by Kenneth Bryant, USA to show cause, if any there be, why said motion should not be granted. Show Cause Response due by USA 1/14/2005.. Signed by Judge Ira De Ment on 12/30/04. (ekl, ) (Entered: 12/30/2004) |
| 01/14/2005 | 56 | BRIEF/RESPONSE in Opposition by United States of America as to Kenneth Bryant re 54 MOTION Pursuant to 3582(c) or in the Alternative |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|----|-----|
|            |    | MOTION pursuant to Rule 60(B) (Attachments: # 1 # 2 # 3)(Franklin, Louis) (Entered: 01/14/2005) |
| 01/14/2005 |    | Payment Received from BOP: as to Kenneth Bryant $ 5.73 fine payment; receipt number 105030 (ws, ) (Entered: 01/18/2005) |
| 01/14/2005 |    | Payment Received from BOP: as to Kenneth Bryant $ 50.00 fine payment; receipt number 10503 (ws, ) (Entered: 01/18/2005) |
| 05/03/2005 | 57 | ORDER (terminating 54 Motion Pursuant to 3582(c) or in the Alternative Motion Pursuant to Rule 60(B) as to Kenneth Bryant (1)) (1) directing the clerk to open a civil action under 28:2255, (2) directing the clerk to docket DNs 54, 55, and 56 in the newly opened civil action, (3) directing the clerk to assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned, and (4) directing the clerk to refer the file to the appropriate Magistrate Judge for further proceedings . Signed by Judge Charles S. Coody on 5/3/05. (snc, ) (Entered: 05/03/2005) |