IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:99cr140-D |
| v. | ) | 2:05cv413-D |
| | ) | |
| KENNETH BRYANT | ) | |

ORDER

Upon CONSIDERATION of Defendant Kenneth Bryant's "Motion Pursuant to 3582(c) or, in the Alternative, Motion Pursuant to Rule 60(b)," filed December 28, 2004, it is ORDERED that the United States show cause, if any there be, on or before January 14, 2005, why said Motion should not be granted.

DONE this 30th day of December, 2004.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE