IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG 2 0 2002
CLERK
U.S DISTRICT COURT
MIDDLE DIST. G-ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 01-D-1124-N |
| ) | (CR. NO. 99-140-N) |
| KENNETH BRYANT ) | 2:05cv413-D |

ORDER

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed August 2, 17, 2002; and defendant's objections thereto, filed August 12, 2002, it is

ORDERED as follows:

1. That defendant Kenneth Bryant's objections be and the same are hereby OVERRULED;

2. That the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. That defendant Kenneth Bryant's motion for relief pursuant to 28 U.S.C. § 2255 be and the same is hereby DENIED.

DONE this the 20th day of August, 2002.

_____
SENIOR UNITED STATES DISTRICT JUDGE

EOD  8/20/02

Attachment B

22