2:05cv413·D

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 26 2002

THOMAS K. KAHN
CLERK

No. 02-15386-B

27

KENNETH BRYANT,

                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                        Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

    Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

    Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

                                        /s/ Gerald B. Tjoflat
                                        UNITED STATES CIRCUIT JUDGE

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
BY: _____
DEPUTY CLERK
ATLANTA, GEORGIA

Attachment C

29