RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA      2005 MAY 31  A 9:58
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Kenneth Bryant )<br>        Petitioner, )<br>                         )<br>vs.                      )<br>                         )<br>United States of America )<br>        Respondent, )<br>_____/ | CV.NO. 2:05CV 413-D<br>            WO |

MOTION PURSUANT TO 3582(C)
OR IN THE ALTERNATIVE MOTION
PURSUANT TO RULE60(B)

To the Honorable Court:

For this reason of the magistrate judge recommendation dated 5-16-05, the petitioner asks for a 20 day extension in this matter.

                                    Respectfully submitted,


                                    Kenneth Bryant, Pro-se
                                    Reg. 10570-002
                                    Federal Correctional Complex-Low
                                    P.O. Box 9000
                                    Forrest City, AR   72336

CERTIFICATE OF SERVICE

I hereby certify I have caused a true copy of the foregoing to be served upon the United States Assistant Attorney Louis Franklin, 1 Court Square, Suite 201, Montgomery, Alabama 36104, by mailing prepaid mail on this 24th Day of May, 2005.
**Houston v. Lock**, 487 U.S. 266, 276 (1988).

*Kenneth Bryant*
Kenneth Bryant