IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV NO. 2:05cv413-D |
| | ) | |
| KENNETH BRYANT | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by movant Kenneth Bryant on May 31, 2005 (Doc. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Bryant be and is hereby GRANTED an extension from May 31, 2005, to and including June 20, 2005, to file his objections to the Recommendation entered on May 16, 2005.

Done this 2nd day of June, 2005.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE