IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv413-D |
| | ) | (WO) |
| KENNETH BRYANT | ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed May 16, 2005, and Kenneth Bryant's Objection thereto, filed June 9, 2005, it is ORDERED as follows:

1. Bryant's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the motion filed by Bryant on December 20, 2004, be and the same is hereby DENIED and this case is hereby DISMISSED, as Bryant has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE this 10th day of June, 2005.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE