IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 30 A 9: 47

UNITED STATES OF AMERICA )
)
v. ) No. 2: 05CV413-D
)
Kenneth Bryant )

WO

## Notice of Appeal

Comes Now pro-se petitioner Kenneth Bryant, Respectfully moving before the Honorable Court with the petitioners Timely Notice of Appeal of the The Court's Dismissal of his Motion pursuant to 3582(c)/or in the The Alternative Motion pursuant To Rule 60(B). Dated June 10, 2005.

Whereas, The petitioner Files his Timely Notice of Appeal and his application To proceed in Forma Pauperis.

Dated June 27TH, 2005

Respectfully Submitted,

Kenneth Bryant
Kenneth Bryant
Reg. 10570-002
Federal Correctional Complex
Forrest City, AR 72336
P.O. Box 9000